**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-7150**

—————————

MAURICE J. SINKFIELD,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:22-cv-00033-JPJ-PMS)

—————————

Submitted:  May 15, 2025                                    Decided:  May 19, 2025

—————————

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Maurice J. Sinkfield, Appellant Pro Se.  Laura Taylor, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice J. Sinkfield appeals the district court's order granting Defendant's motion to dismiss his claim of medical malpractice under the Federal Tort Claims Act (FTCA) for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error in the court's determination that Sinkfield failed to give Defendant notice of his medical malpractice claim prior to filing his lawsuit, as required under the FTCA. Accordingly, we affirm the district court's order. *Sinkfield v. United States*, No. 7:22-cv-00033-JPJ-PMS (W.D. Va. Oct. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*